Matter of Rochester Police Locust Club, Inc. v City of Rochester
2026 NY Slip Op 03616
June 5, 2026
Appellate Division, Fourth Department
Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.
This decision is uncorrected and subject to revision before publication in the Official Reports.

IN THE MATTER OF ROCHESTER POLICE LOCUST CLUB, INC., PETITIONER-PLAINTIFF-RESPONDENT,
v
CITY OF ROCHESTER, RESPONDENT-DEFENDANT-APPELLANT.

Decided on June 5, 2026
MOTION NO. (983/25) CA 25-00726.
Present: Whalen, P.J., Lindley, Ogden, Nowak, And Delconte, JJ. (Filed June 5, 2026.)
[*1]
MEMORANDUM AND ORDER
Motion for leave to appeal to the Court of Appeals denied.